## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES HANKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-4183-JPG |
| | ) |
| BRUSHY CREEK COAL | ) |
| COMPANY, INC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon the plaintiff's stipulation of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendant Brushy Creek Coal Company, Inc. in this case, are **DISMISSED without prejudice**.

**DATE: April 11, 2006**

NORBERT G. JAWORSKI, CLERK

By: Deborah Agans, Deputy Clerk

APPROVED: /s/ J. Phil Gilbert
   J. PHIL GILBERT
   U.S. District Judge